UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. 16-1533     Caption: Kathryn T. Hollis, et al. v. Lexington Insurance Company, et al.

Pursuant to FRAP 26.1 and Local Rule 26.1,

Kathryn T. Hollis; Andre D. Hollis; and M. H., an infant, by and through his father and next friend, Andre
(name of party/amicus)

D. Hollis;

who is _____Appellants_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?  ☐ YES ☑ NO
   If yes, identify all parent corporations, including all generations of parent corporations:

   N/A

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:

   N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☐ YES ☑ NO
If yes, identify entity and nature of interest:

N/A

5. Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

N/A

6. Does this case arise out of a bankruptcy proceeding?  ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

N/A


Signature: /s/ Nathan D. Rozsa, Esq.            Date: May 24, 2016

Counsel for: Appellants

## CERTIFICATE OF SERVICE
**************************

I certify that on   May 24, 2016   the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Paul D. Smolinsky, Esq.
Timothy P. Kilgore, Esq.
Jackson & Campbell, P.C.
1120 20th Street, NW, South Tower
Suite 300
Washington, DC  20036
Counsel for Appellee Lexington Ins. Co.

H. Robert Yates, III, Esq.
Paris R. Sorrell, Esq,
LeClairRyan a Prof. Corp.
123 East Main Street, 8th Floor
Charlottesville, VA  22902
Counsel for Appellee Axis Surplus Ins. Co.

See also attached certificate of service for non-filing users.


  /s/ Nathan D. Rozsa, Esq.                                May 24, 2016
         (signature)                                          (date)

- 2 -

<u>Certificate of Service</u>

      I certify that on May 24, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing (NEF) to the following:

| | |
|---|---|
| Paul D. Smolinsky, Esq. | H. Robert Yates, III, Esq. |
| Timothy P. Kilgore, Esq. | Paris R. Sorrell, Esq, |
| Jackson & Campbell, P.C. | LeClairRyan a Prof. Corp. |
| 1120 20th Street, NW, South Tower | 123 East Main Street, 8th Floor |
| Suite 300 | Charlottesville, VA 22902 |
| Washington, DC 20036 | ryates@leclairryan.com |
| Counsel for Appellee Lexington Insurance Company | Counsel for Appellee Axis Surplus Insurance Company |

I will also mail a copy of this document to the following non-filing users:

| | |
|---|---|
| Schaefer Pyrotechnics, Inc. | Jacqueline M. Gass |
| c/o Kimmel R. Schaefer, Pres. | 351 Powell Drive |
| 376 Hartman Bridge Road | Lancaster, PA 17601-3969 |
| Ronks, PA 17572-9513 | Appellee *pro se* |
| Appellee *pro se* | |

Kimmel R. Schaefer, Pres.
Schaefer Pyrotechnics, Inc.
376 Hartman Bridge Road
Ronks, PA 17572-9513
Appellee *pro se*

                                /s/ Nathan D. Rozsa        .
                                     Nathan D. Rozsa